| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:10CR01315-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER *(Rec. Court)* |

FILED
MAR 1 4 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA13CR0216

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: GABRIEL RAMOS | DISTRICT SD/ Texas | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE Micaela Alvarez | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/09/2012 — TO 11/08/2015 |

**OFFENSE**

Possession With Intent to Distribute a Quantity in Excess of 50 kilograms of Marihuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS-LAREDO DIVISION**

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Western District of Texas-San Antonio Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

February 5, 2013
Date

*Marina Garcia Marmolejo*
United States District Judge

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS-SAN ANTONIO DIVISION**

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

2/21/13
Effective Date

United States District Judge

---

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 1
Case 5:10-cr-01315 Document 24 Filed in TXSD on 11/08/10 Page 1 of 6
Case 5:13-cr-00216-FB Document 1 Filed 03/14/13 Page 2 of 17

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA
v.
**GABRIEL RAMOS**

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: 5:10CR01315-001
USM NUMBER: 36196-279

☐ See Additional Aliases.

David Javier Lopez, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   two on 07/20/2010

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2 | Possession with the intent to distribute a quantity in excess of 50 kilograms of marihuana, a Schedule I controlled substance | 04/30/2010 | Two |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) One    ☒ is ☐ are   dismissed on the motion of the   United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 4, 2010
Date of Imposition of Judgment

*/s/ M. Alvarez*
Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

November 8, 2010
Date

SMO  LLG

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

Case 5:10-cr-01315 Document 24 Filed in TXSD on 11/08/10 Page 2 of 6
Case 5:13-cr-00216-FB Document 1 Filed 03/14/13 Page 3 of 17

Judgment -- Page 2 of 6

DEFENDANT: **GABRIEL RAMOS**
CASE NUMBER: **5:10CR01315-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____35 months._____

The defendant waived the right to appeal the sentence.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant participate in a comprehensive drug treatment program while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **GABRIEL RAMOS**
CASE NUMBER: **5:10CR01315-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:   GABRIEL RAMOS
CASE NUMBER:   5:10CR01315-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to perform 100 hours of community service as approved by the probation officer to be completed within the first two years of supervised release.

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Case 5:10-cr-01315 Document 24 Filed in TXSD on 11/08/10 Page 5 of 6
Case 5:13-cr-00216-FB Document 1 Filed 03/14/13 Page 6 of 17

Judgment -- Page 5 of 6

DEFENDANT: **GABRIEL RAMOS**
CASE NUMBER: **5:10CR01315-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **GABRIEL RAMOS**
CASE NUMBER: **5:10CR01315-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ __100.00__ due immediately, balance due

    ☐  not later than _____ , or
    ☒  in accordance with   ☐ C,   ☐ D,   ☐ E, or  ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:
    Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number
Defendant and Co-Defendant Names
(including defendant number)**      **Total Amount**      **Joint and Several Amount**      **Corresponding Payee, if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2010

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| GABRIEL RAMOS | § | **L-10-1315** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 30, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**GABRIEL RAMOS and**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about April 30, 2010, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

### GABRIEL RAMOS and

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

MICHAEL C. ELLIOTT
Assistant United States Attorney

MA

USA-74-24b (Rev. 6-1-71)

Case 5:10-cr-01315 Document 8 Filed in TXSD on 05/25/10 Page 3 of 3
Case 5:13-cr-00216-FB Document 1 Filed 03/14/13 Page 10 of 17

| | | CRIMINAL DOCKET | **L-10-1315** |
|---|---|---|---|
| LAREDO DIVISION | | | |
| FILE: 10-09081 | L-10-1127M | Filed: MAY 2 5 2010 | Judge: _____ |
| INDICTMENT | | | |

ATTORNEYS:

JOSE ANGEL MORENO, USA
MICHAEL C. ELLIOTT, AUSA

UNITED STATES OF AMERICA

VS.

GABRIEL RAMOS

| | Appt'd | Private |
|---|---|---|
| | MA | |

**CHARGE:** Ct. 1: Conspiracy to possess with intent to distribute in excess of 50 kilograms of marijuana
**(TOTAL)** [21 USC 846, 841(a)(1) & 841(b)(1)(C)]
**COUNTS:** Ct. 1: Possess with intent to distribute in excess of 50 kilograms of marijuana
**(2)** [21 USC 841(a)(1) & 841(b)(1)(C) & 18 USC 2]

**PENALTY:** 0 to 20 Yrs. and/or $1 MILLION, $100 Spec Assessment
AT LEAST 3 YRS TERM OF SUPERVISED RELEASE

In Jail:                     NAME & ADDRESS
On Bond:                of Surety:
No Arrest:

**PROCEEDINGS:**

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:10-cr-01315-1

Case title: USA v. Ramos  
Magistrate judge case number: 5:10-mj-01127

Date Filed: 05/25/2010  
Date Terminated: 11/04/2010

Assigned to: Judge Micaela Alvarez

### Defendant (1)

**Gabriel Ramos**  
*TERMINATED: 11/04/2010*

represented by **Carlos M Alaniz**  
Office of the Federal Public Defender  
1501 Matamoros St  
Laredo, TX 78040  
956-753-5313  
Fax: 956-753-5317  
Email: carlos_alaniz@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David Javier Lopez**  
Office of the Federal Public Defender  
SDTX  
1501 Matamoros St  
Laredo, TX 78040  
956-753-5313  
Fax: 956-753-5317  
Email: david_lopez@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Federal Public Defender - Laredo**  
1501 Matamoros St  
Laredo, TX 78040  
956-753-5313

| | |
|---|---|
| | Email: lar_ecf@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| **Pending Counts** | **Disposition** |
| Possess with intent to distribute in excess of 50 kilograms of marijuana. Penalty: 0 to 5 yrs. and/or 250,000.00, $100 CVF, 2 Yrs. SRT<br>(2) | 35 mos to serve; 3 yrs tsr, comply with all terms; DNA sample; $100 cvf; fine waived; drug/alcohol treatment in/out patient or while at BOP; 100 hrs com/svs w/in 2 yrs of srt; waived appeal. |
| **Highest Offense Level (Opening)** | |
| Felony | |
| **Terminated Counts** | **Disposition** |
| Conspiracy to possess with intent to distribute in excess of 50 kilograms of marijuana.<br>PENALTY: 0 to 5 yrs and/or $250,000.00, $100 CVF, at least 2 yrs SRT<br>(1) | Dismissed on Govts oral Motion |
| **Highest Offense Level (Terminated)** | |
| Felony | |
| **Complaints** | **Disposition** |
| 21:841A=MD.F---MARIJUANA - POSSESS WITH INTENT TO DISTRIBUTE | |

**Plaintiff**

**USA**                    represented by **Frank T Pimentel**

United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716-843-5868
Fax: 716-551-3250
Email: frank.t.pimentel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Charles Elliott**
U.S. Attorney Office
PO Box 1179
Laredo, Tx 78042
956-794-2119
Fax: 956-726-2266
Email: michael.elliott@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040

Fax: 956-726-2915 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2010 | 1 | COMPLAINT as to Gabriel Ramos (1), filed.(LA SALLE) (icontreras, ) (mmarquez, ). [5:10-mj-01127] (Entered: 05/03/2010) |
| 05/03/2010 | 2 | WAIVER of Preliminary Hearing by Gabriel Ramos, filed.(Alaniz, Carlos) [5:10-mj-01127] (Entered: 05/03/2010) |
| 05/03/2010 | 3 | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: INITIAL APPEARANCE as to Gabriel Ramos, (Deft informed of rights) held on 5/3/2010. Financial Affidavit executed. Defendant requests appointed counsel. Order appointing Federal Public Defender. Bond set at $150,000.00 C/S. Preliminary Hearing set for 5/14/2010 at 10:00 AM in Courtroom 2B before Magistrate Judge J. Scott Hacker. Appearances:Thomas Calhoun-Lopez f/deft; Carlos Alaniz f/deft.(ERO:Sara Medellin) (Interpreter:Francisco Vergara/Diana Gonzalez, not used) Deft remanded to custody, filed.(mmarquez) [5:10-mj-01127] (Entered: 05/04/2010) |
| 05/03/2010 | 4 | Sealed Financial Affidavit CJA 23 by Gabriel Ramos, filed. [5:10-mj-01127] (Entered: 05/04/2010) |
| 05/03/2010 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender - Laredo for Gabriel Ramos.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (mmarquez) [5:10-mj-01127] (Entered: 05/04/2010) |
| 05/11/2010 | 6 | Pretrial Services Report (Sealed) as to Gabriel Ramos, filed. (jpena, ) [5:10-mj-01127] (Entered: 05/11/2010) |
| 05/13/2010 | 7 | ORDER - The Court, having considered "Pretrial Services Report" received May 10,2010, is of the opinion and hereby orders that the defendant's bond set at $150,000 C/S reamin as initially set by the Court as to Gabriel Ramos.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (jluna) [5:10-mj-01127] (Entered: 05/13/2010) |
| 05/25/2010 |  | **Terminate Deadlines and Hearings as to Gabriel Ramos. (bmendoza, ) [5:10-mj-01127] (Entered: 05/25/2010) |
| 05/25/2010 | 8 | INDICTMENT (The original indictment with the signature of the |

| | | |
|---|---|---|
| | | grand jury foreperson is on file under seal with the clerk) as to Gabriel Ramos (1) count(s) 1, 2, filed. (veronicac, ) (Entered: 05/26/2010) |
| 05/26/2010 | 9 | NOTICE OF SETTING as to Gabriel Ramos. Arraignment set for 6/3/2010 at 11:00 AM in Courtroom 2B before Magistrate Judge J. Scott Hacker, filed. (veronicac, ) (Entered: 05/26/2010) |
| 06/03/2010 | 10 | NOTICE OF ATTORNEY APPEARANCE David Javier Lopez appearing for AFPD as to Gabriel Ramos, filed.(Lopez, David) (Entered: 06/03/2010) |
| 06/03/2010 | 11 | ORDER Accepting Defendant's Written Waiver of Arraignment as to Gabriel Ramos.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (sgonzalez) (Entered: 06/04/2010) |
| 06/03/2010 | 12 | SCHEDULING ORDER as to Gabriel Ramos. Motion Filing due by 6/14/2010. Responses due by 6/21/2010. Final Pretrial Conference set for 7/20/2010 at 01:00 PM in Courtroom 2B before Magistrate Judge J. Scott Hacker. Jury Selection set for 7/23/2010 at 01:00 PM in Courtroom 2A before Magistrate Judge J. Scott Hacker. Parties notified. (sgonzalez) (Entered: 06/04/2010) |
| 06/11/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. Michael Charles Elliott appearing for USA, filed.(Elliott, Michael) (Entered: 06/11/2010) |
| 07/20/2010 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: RE-ARRAIGNMENT held on 7/20/2010. Gabriel Ramos (1) Guilty Count 2. Consent filed; Written plea agreement/Factual Basis, filed; PSI due date, 08/24/10; Sentencing date, 11/04/10 at 9:00 AM; count 1 to be dismissed at time of sentence. (1:00 - 1:40). Appearances: Suntrease Williams f/Michael Elliott f/Government; FPD David Lopez f/defendant; USPO Gary Wise; USM James McNicholas/Damien Terry. (ERO: Delia Gonzalez). (Interpreter: Elsa Aguilar/Diana Gonzalez, not used). Deft remanded to custody, filed. ( dflores ) (Entered: 07/20/2010) |
| 07/20/2010 | 13 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Gabriel Ramos, filed.(vcantu) (Entered: 07/20/2010) |
| 07/20/2010 | 14 | PLEA AGREEMENT AND FACTUAL BASIS as to Gabriel Ramos, filed. (vcantu) (Entered: 07/20/2010) |
| 07/20/2010 | 15 | ADDENDUM to 14 Plea Agreement as to Gabriel Ramos, filed. (vcantu) (Entered: 07/20/2010) |

| | | |
|---|---|---|
| 07/20/2010 | 16 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Gabriel Ramos. PSI Completion due by 8/24/2010; Sentencing set for 11/4/2010 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez. Parties notified. (vcantu) (Entered: 07/20/2010) |
| 07/23/2010 | 17 | REPORT AND RECOMMENDATIONS as to Gabriel Ramos Objections to R&R due by 8/6/2010.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (vcantu, ) (Entered: 07/23/2010) |
| 08/06/2010 | 18 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Gabriel Ramos re: 17 Report and Recommendations.(Signed by Judge Micaela Alvarez) Parties notified. (vcantu, ) (Entered: 08/06/2010) |
| 10/26/2010 | 19 | Objection to Presentence Investigation Report (Sealed) by Gabriel Ramos, filed. (Entered: 10/26/2010) |
| 10/27/2010 | 20 | Final Presentence Investigation Report (Sealed) as to Gabriel Ramos, filed. (jamoreno, ) (Entered: 10/27/2010) |
| 10/27/2010 | 21 | Confidential Sentencing Recommendation(Sealed) regarding Gabriel Ramos, filed. (jamoreno, ) (Entered: 10/27/2010) |
| 10/27/2010 | 22 | Sealed Addendum to 20 Final Presentence Investigation Report (Sealed) as to Gabriel Ramos, filed. (jamoreno, ) (Entered: 10/27/2010) |
| 11/04/2010 | | Minute Entry for proceedings held before Judge Micaela Alvarez: Sentencing held on 11/4/2010 for Gabriel Ramos (1), Count(s) 1, Dismissed on Govts oral Motion; Count(s) 2, 35 mos to serve; 3 yrs tsr, comply with all terms; DNA sample; $100 cvf; fine waived; drug/alcohol treatment in/out patient or while at BOP; 100 hrs com/svs w/in 2 yrs of srt; waived appeal. Appearances:Jimmy Ustynoski f/Govt, FPD David Lopez f/Deft, BPerez f/USM, SGarza f/USPO-L.(Court Reporter: Leticia Rangel [12:36-12:43]) (Interpreter:not used) Deft remanded to custody, filed.(atrevino, ) (Entered: 11/04/2010) |
| 11/04/2010 | 23 | NOTICE OF NON-APPEAL by Gabriel Ramos,filed.(vcantu, ) (Entered: 11/05/2010) |
| 11/08/2010 | 24 | JUDGMENT as to Gabriel Ramos.(Signed by Judge Micaela Alvarez) Parties notified. (nortiz) (Entered: 11/09/2010) |
| 11/08/2010 | 25 | Statement of Reasons (Sealed) as to Gabriel Ramos, filed. (nortiz) (Entered: 11/09/2010) |

| 04/07/2011 |    | US ATTORNEY'S NOTICE OF APPEARANCE. Frank T Pimentel appearing for USA, filed.(Pimentel, Frank) (Entered: 04/07/2011) |
| --- | --- | --- |
| 03/05/2013 | 69 | Supervised Release Jurisdiction Transferred to U.S. District Court for the Western District of Texas / San Antonio Division as to Gabriel Ramos., filed.(ehernandez) (Entered: 03/08/2013) |

| PACER Service Center ||||
| --- | --- | --- | --- |
| Transaction Receipt ||||
| 03/14/2013 08:42:06 ||||
| **PACER Login:** | us4061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:10-cr-01315 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |